

IN THE
TENTH COURT OF APPEALS

_____

No. 10-17-00113-CR

_____

**MARY LOIS MCGHEE,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

_____

**From the 272nd District Court
Brazos County, Texas
Trial Court No. 16-00848-CRF-272**

_____

**MEMORANDUM OPINION**

_____

Mary Lois McGhee was convicted of a third offense of Driving While Intoxicated and sentenced to 12 years in prison. She appealed her conviction. Counsel for McGhee has now informed the Court that the trial court granted a new trial for McGhee and has attached a copy of the trial court's order.

With the granting of a new trial, this appeal has become moot. *See Pharris v. State*, 165 S.W.3d 681 (Tex. Crim. App. 2005). Accordingly, the appeal is dismissed. *See id*. at fn. 6.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed June 21, 2017
Do not publish
[CR25]

